AGNES J. MAREK ET AL. *v.* KATHERINE L. MAREK
(10621)

DALY, FOTI and LAVERY, Js.

Submitted on briefs September 16—decision released October 6, 1992

*Douglas W. McCallum* filed a brief for the appellant (defendant).

*Tina L. Osborne* filed a brief for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.

PAT DINARDO *v.* FIRST CONSTITUTION BANK
(10850)

O'CONNELL, LANDAU and HEIMAN, Js.

Argued September 23—decision released October 13, 1992

*Daniel Shepro,* with whom, on the brief, was *Ann Marie Kent,* for the appellant (plaintiff).

*Susan S. Chambers,* with whom, on the brief, was *Anthony M. Fitzgerald,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.